1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Khary B. Watson,<br><br>                              Petitioner,<br><br>v.<br><br><br>Paul Brazelton, et al.,<br><br>                              Respondent. | CASE NO. 14cv2174 AJB (BLM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**;<br><br>[Doc. No. 10]<br><br>**GRANTING RESPONDENT'S MOTION TO DISMISS AND DISMISSING PETITION**;<br><br>[Doc. No. 8]<br><br>**DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY** |

Petitioner Khary B. Watson, a state prisoner proceeding *pro se* and *in forma pauperis*, filed a petition for writ of habeas corpus ("petition") pursuant to 28 U.S.C. § 2254. [Doc. No. 1.] Petitioner challenges his conviction of first degree murder, and Respondent moved to dismiss. [Doc. No. 8.] The matter was referred to United States Magistrate Judge Barbara L. Major for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), and Civil Local Rule HC.2. Judge Major issued a well-reasoned and thorough Report recommending the Court grant Respondent's

1   motion to dismiss.  [Doc. No. 10.]

2        Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C.

3   § 636(b)(1), the Court must "make a *de novo* determination of those portions of the

4   report . . . to which objection is made," and "may accept, reject, or modify, in whole or

5   in part, the findings or recommendations made by the magistrate [judge]."  28 U.S.C.

6   § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989).  No

7   objections have been filed.

8        Accordingly, the Court concludes the magistrate judge issued an accurate report

9   and well-reasoned recommendation that the petition be denied.  The Court **ADOPTS**

10  the Report and Recommendation in its entirety and **GRANTS** the motion to dismiss.

11                       **CERTIFICATE OF APPEALABILITY**

12        Rule 11 of the Federal Rules Governing Section 2254 Cases states that "the

13  district court must issue or deny a certificate of appealability when it enters a final

14  order adverse to the applicant."  A certificate of appealability is not issued unless there

15  is "a substantial showing of the denial of a constitutional right."   28 U.S.C.

16  § 2253(c)(2).  Under this standard, a petitioner must show that reasonable jurists could

17  debate whether the petition should have been resolved in a different manner or that the

18  issues presented were adequate to deserve encouragement to proceed further. *Miller-El*

19  *v. Cockrell*, 537 U.S. 322, 336 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484

20  (2000)).

21        For the reasons set forth in the Report and Recommendation and incorporated

22  by reference herein, the Court finds that this standard has not been met and therefore

23  **DECLINES** to issue a certificate of appealability in this case.

24        The Clerk of Court is instructed to close the case.

25        **IT IS SO ORDERED**.

26  DATED:  February 6, 2015

27                       _____

                         Hon. Anthony J. Battaglia
28                       U.S. District Judge